UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRANDON HUNTER KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:24-CV-135-D** |
| HIRERIGHT, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

Pursuant to the Notice of Acceptance of Offer of Judgment filed in this case on April 26, 2024, and in accordance with Rule 68 of the Federal Rules of Civil Procedure, **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered against Defendant HireRight, LLC, in the amount of Eighteen Thousand and One Dollars ($18,001.00) and the amount of Eleven Thousand Two Hundred Fifty Dollars ($11,250.00) for Plaintiff's attorney's fees and costs.

This Judgment filed and entered on July 2, 2024, and copies to:
All counsel of record as listed in this matter (via CM/ECF electronic notification)

July 2, 2024                                  Peter A. Moore, Jr.
                                              Clerk of Court


                                         By: /s/ Stephanie Mann
                                              Deputy Clerk